```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X             08 CIV 5009
DOPMAR S.R.L.,
                                                  1:08-cv-_____
          Plaintiff(s),

     -against-                                    RULE 7.1 STATEMENT

BASIC COMMODITIES B.V. a/k/a
BASIC COMMODITIES - AMSTERDAM,

          Defendant(s).
------------------------------------X
```

PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, DOPMAR S.R.L. ("DOPMAR"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of DOPMAR.

Dated:   New York, NY

         May 30, 2008

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff
                              DOPMAR S.R.L.

                              By: _____
                              GARTH S. WOLFSON (GW 7700)
                              11 Hanover Square, Tenth Floor
                              New York, NY 10005
                              Tel. (212) 385-1422
                              Fax (212) 385-1605
                              File No. 12/3590/B/08/5