BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOPMAR S.R.L.,<br><br>                               Plaintiff,<br><br>          - against -<br><br>BASIC COMMODITIES B.V. a/k/a BASIC COMMODITIES - AMSTERDAM,<br><br>                              Defendant. | 08 Civ. 5009 (RPP)<br><br>**F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
         July 23, 2008

                                              Respectfully submitted,
                                              BLANK ROME LLP
                                              Attorneys for Defendant

                                              By _____
                                                 Jeremy J.O. Harwood (JH 9012)
                                              405 Lexington Avenue
                                              New York, NY 10174
                                              Tel.: (212) 885-5000

294478.1
130260.00601/6656504v.1