BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOPMAR S.R.L.,<br><br>    Plaintiff,<br><br> - against -<br><br>BASIC COMMODITIES B.V.,<br><br>    Defendant. | 08 CIV 5009 (RPP) |

### DECLARATION OF JEREMY J.O. HARWOOD

I, JEREMY J.O. HARWOOD, declare under penalty of perjury:

1. I am a partner of Blank Rome LLP, counsel of record for Defendant Basic Commodities B.V. ("Basic"). I submit this declaration in support of Basic's Rule E motion to vacate an attachment order dated May 30, 2008 (the "PMAG") and in response to the declaration of Peter Jago, Esquire, dated July 31, 2008 ("Jago Dec.") as it purports to state facts.

2. Pursuant to the PMAG Plaintiff Dopmar S.r.L. ("Dopmar") has attached the sum of $2,784,750 at American Express Bank.

## OWNERSHIP OF THE VESSEL

3.  I attach as Exhibit 1 hereto a true copy of a Certificate issued on August 6, 2008 by the Consulate General of Panama, New York recording the registered owner in the Panama Public Registry of the M/V LIBERTAS as ATLANTIC MINIBULK AS ("Atlantic").

4.  I attach as Exhibit 2 hereto of the "Ship Overview" for the M/V LIBERTAS" (the "Vessel") from Lloyd's Register's "Sea-web" directory showing, inter alia, Atlantic as the "registered owner" of the Vessel and Dopmar SrL as the Vessel's "Shipmanager" and "Operator."

## THE LONDON ARBITRATION

5.  Dopmar and Mr. Jago claim that the London arbitration has "commenced."

6.  I attach as Exhibit 3 hereto my letter dated August 4, 2008 in response to Mr. Jago's proposal for a sole arbitrator.

7.  The Charter provides for no mechanism or procedural rules for arbitration and Basic objects to the suggestion of a "sole" arbitrator and has suggested a three-person tribunal.

8.  Dopmar has not yet responded.

## PAYMENT OF THE CLAIM BY CARGO INSURERS

9.  Mr. Jago claims that "Dopmar's Turkish lawyers have recently been informed that cargo underwriters have paid [the Turkish] cargo interests $3,400,000 by way of settlement of the claim under the insurance policy …". Id., ¶ 13.

2

10. I have communicated with the Turkish lawyer, Mr. Ahmet Sinan Kilic, for the cargo interests that arrested the Vessel (the "Turkish Cargo Interests") who has confirmed that they have not been paid.

11. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*JEREMY J.O. HARWOOD*
JEREMY J.O. HARWOOD

Executed on August 8, 2008
at New York, New York

# EXHIBIT 1

# Consulate General of Panama
# New York

1212 Avenue of the Americas
6th Floor
New York, NY 10036 USA



Telephone:  (212) 840-2450
            (212) 840-2451
Fax:        (212) 840-2469

*The Undersigned Consul General of the
Consulate General of Panama
In New York, United States of America*

*Certifies:*

*That in accordance to certification issued by the Public Registry the vessel "**LIBERTAS**", is duly registered under the ownership of ATLANTIC MINIBULK AS. with File Card (Ficha) 28067, Document (documento) 774446 since May 9, 2005.*

*That the vessel "**LIBERTAS**" is free from any registered encumbrances, or maritime liens whatsoever.*

*The above Certification is issued in accordance with certification issued by the Public Registry on August 6, 2008.*

Roberto Pascual
Consul General



*Issued in New York, August 6, 2008/inc*

**EXHIBIT 2**

## SHIP OVERVIEW

| | | | |
|---|---|---|---|
| Ship Name | **LIBERTAS** | Shiptype | **General Cargo Ship** |
| Year of Build | **1985** | LR/IMO Ship No. | **8220759** |
| Gross Tonnage | **4,433** | Deadweight | **7,250** |
| MMSI No. | **357216000** | Call Sign | **3EAV** |
| Status | **In Service/Commission** | Flag | **Panama** |
| Last Updated | **2008-07-30** | Data validated | **2007-05-04** |

## REGISTRATION, P&I, AND COMMUNICATIONS

| | | | |
|---|---|---|---|
| Port of Registry | **Panama** | Flag | **Panama** |
| Official Number | **30793-05A** | Sat Com ID | |
| Sat Com Ans Back | | Fishing Number | |
| P&I Club | **Unknown** | | |

## OWNERSHIP?

| | | | | | |
|---|---|---|---|---|---|
| Group Owner | **Atlantica Shipping AS** | Location | **Norway** | | |
| Shipmanager | **Dopmar Srl** | Location | **Italy** | | |
| Operator | **Dopmar Srl** | Location | **Italy** | | |
| DOC Company | **Alemar Srl** | Location | **Italy** | IMO Company No (DOC) | **5289612** |
| Registered Owner | **Atlantic Minibulk AS** | Location | **Norway** | IMO Registered Owner No | **5297776** |
| Technical Manager | **Alemar Srl** | Location | **Italy** | | |

## COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC | Price |
|---|---|---|---|---|---|---|---|---|
| 2008-06 | | | Atlantica Shipping AS | | | | | |
| 2007-07 | | | | | | | Alemar Srl (Italy) | |
| | | | | | | | Atlantic | |

8/7/2008

| Date | Name | Flag | Manager | Ship Manager | Operator | Group Beneficial Owner | Registered Owner | Price |
|---|---|---|---|---|---|---|---|---|
| 2007-05 | LIBERTAS | | | Dopmar Srl | Dopmar Srl | Minibulk AS | | |
| 2006-12 | | | | | | | Alemar Srl (Italy) | |
| 2005-04 | Kevin | Panama | Intersea Management SA | Intersea Management SA | Intersea Management SA | Clavius Shpg Inc | Tradewood Shipping Co SAS (Italy) | |
| 2000-07 | | | | | | | Monteverde Navigazione (Italy) | |
| 1995-02 | Chica | Italy | | Monteverde Navigazione | Monteverde Navigazione | Monteverde Navigazione | | |
| 1993-00 | Sophie | | | | | | | |
| 1993-10 | | | | | | | | $4,250,00 |
| 1990-07 | Sophie Rickmers | Antigua & Barbuda | | | | | | $4,900,00 |
| 1990-06 | | | | Rickmers Reederel GmbH & Cie | | Mai Shipping | | |
| 1989-06 | | | | Tortas Deniz | | | | |
| 1989-03 | Transporter | | | | | | | |
| 1989-02 | | Panama | | | | | | |
| 1988-00 | Durmus Usta | | | | | | | |
| 1985-00 | Haci Mustafa Torlak | | | | | | | |

Originally Haci Mustafa Torlak

## CLASS

Class: Registro Italiano Navale (1995-02-00), Class ID: 74007

Class History

| Date | Class | Status |
|---|---|---|
| 1995-04-00 | American Bureau of Shipping | (Disclassed) |
| 1985-03-00 | American Bureau of Shipping | In Class |

## SURVEYS DUE

2009-05-31 Continuous Hull Survey, Registro Italiano Navale

## CONSTRUCTION OVERVIEW

| Shiptype | General Cargo Ship | Built | 1985 | GT | 4,433 | Deadweight | 7,250 |

## EVENT TIMELINE

| Date | Significant Events |

8/7/2008

| | |
|---|---|
| 2008-06 | Group Owner Atlantica Shipping AS |
| 2008-05 | SMC Certificate issued by Germanischer Lloyd |
| 2008-01 | PSC Detained, SMC Certificate issued by Germanischer Lloyd |
| 2007-08 | PSC Inspected |
| 2007-07 | SMC Certificate issued by Germanischer Lloyd, SMC Certificate issued by Germanischer Lloyd |
| 2007-05 | Name changed to LIBERTAS, PSC Detained, Operater Dopmar Srl, Owner Atlantic Minibulk AS, Ship Manager Dopmar Srl |
| 2007-02 | Status changed to In Service/Commission |
| 2007-01 | Status changed to In Casualty Or Repairing, In Casualty |
| 2006-12 | SMC Certificate issued by GL |
| 2006-09 | PSC Detained |
| 2005-12 | PSC Inspected |
| 2005-10 | PSC Inspected, SMC Certificate issued by RINA |
| 2005-07 | SMC Certificate issued by RINA |
| 2005-05 | PSC Inspected |
| 2005-04 | Name changed to Kevin, Flagged by Panama, SMC Certificate issued by RINA, Operater Intersea Management SA, Technical Manager Alemar Srl, Technical Manager Tradewood Shipping Co SAS, Owner Clavius Shpg Inc, Ship Manager Intersea Management SA, Group Owner Intersea Management SA |
| 2004-11 | PSC Inspected |
| 2004-08 | PSC Inspected |
| 2004-03 | PSC Inspected |
| 2003-08 | PSC Inspected |
| 2001-12 | PSC Inspected |
| 2001-08 | PSC Inspected |
| 2001-05 | Status changed to In Service/Commission |
| 2001-03 | Status changed to Laid-Up |
| 2000-07 | SMC Certificate issued by ITALY, Technical Manager Monteverde Navigazione |
| 2000-05 | PSC Detained |
| 1995-04 | Disclassed AB |
| 1995-02 | Name changed to Chica, Classed RI, Flagged by Italy, Operater Monteverde Navigazione, Owner Monteverde Navigazione, Ship Manager Monteverde Navigazione |
| 1993-00 | Name changed to Sophie |
| 1990-07 | Name changed to Sophie Rickmers, Flagged by Antigua & Barbuda |
| 1990-06 | Owner Mai Shipping, Group Owner Rickmers Reederei GmbH & Cie |
| 1990-02 | In Casualty |
| 1989-06 | Group Owner Tortas Deniz |
| 1989-03 | Name changed to Transporter |
| 1989-02 | Flagged by Panama |
| 1988-00 | Name changed to Durmus Usta |
| 1985-03 | Classed AB, Status changed to In Service/Commission |
| 1985-00 | Name changed to Haci Mustafa Torlak |
| 1984-04 | Status changed to Launched |
| 1983-08 | Status changed to Keel Laid |
| 1983-03 | Status changed to Under Construction |

## PHOTOGRAPHS

| Name when taken | Kevin |
|---|---|

|  |  |  |
|---|---|---|
|  | Date of Photo<br>Copyright | 2006-03-20<br>Fotoflite |
|  | Name when taken<br>Date of Photo<br>Copyright | Kevin<br>2006-03-20<br>Fotoflite |
|  | Name when taken<br>Date of Photo<br>Copyright | Chica<br>1996-05-07<br>Fotoflite |
|  | Name when taken<br>Date of Photo<br>Copyright | Sophie Rickmers<br>1993-02-25<br>Fotoflite |
|  | Name when taken<br>Date of Photo<br>Copyright | Libertas<br><br>hasenpusch-photo@t-online.de |

## EQUASIS



To view information available on Equasis for this vessel click on the button below. Equasis is a public web-site promoting quality shipping, and this access from Sea-web has the approval of the Equasis Secretariat.



## INMARSAT



To view information available on the Inmarsat Ships Directory for this vessel, click on the button below.

Inmarsat

This link is by ship name, so please ensure that you are viewing the correct ship in the Directory. If you cannot see the ship you can search again directly in the Directory. Please note that the Directory displays each Inmarsat terminal separately for each ship.

## FIXTURES

To add this optional module to your subscription simply click here

## SHIP NEWS STORIES

**This vessel has been linked with the following News stories (at most 50 are shown)**
**(The service is only available to subscribers to Fairplay International Shipping Weekly)**

© 2008 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

8/7/2008

**EXHIBIT 3**

Case 1:08-cv-05009-RPP    Document 11-4    Filed 08/08/2008    Page 1 of 3



BLANK ROME LLP
COUNSELORS AT LAW

Phone:   (212) 885-5149
Fax:     (917) 332-3720
Email:   JHarwood@BlankRome.com

August 4, 2008

**BY E-MAIL - PJAGO@M-F-B.CO.UK**

MFB
45 Moorfields
London EC2Y 9AE
Attn: Peter Jago

      Re:  M/V "LIBERTAS" Charterparty dated 14/02/08
            Your Ref: PCJ/BMM/0121/285956
            Our Ref.: 130260-00601

Dear Peter:

    Thank you for your letter dated July 28, 2008. I have reviewed the brokers' fixture files. It is clear that this Charter was fixed on the basis of :

"GA/ARB IN LONDON ENGLISH LAW

OTHERWISE MERCHANTS B/N."

    In this respect Exhibit 4 to the Declaration of Garth Wolfson dated August 1, 2008 in the New York action is the "charterparty between plaintiff and Basic" which includes the "Additional Clauses to" Conline booking 2000 "liner booking note." Accordingly, while we agree that the fixture recap provides for London arbitration, as you state, all other terms and conditions as stated in the additional clauses are applicable.

    Turning, therefore, to your proposal for a sole arbitrator in the absence of any agreement, as stated above, as to how the tribunal should be constituted, we have consulted with our client and propose that there be a three person panel with two party appointed arbitrators.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

130260.00601/6659036v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong



August 4, 2008
Page 2

Best regards.

                                                                Very truly yours,

                                                                Jeremy J.O. Harwood

JJH:rk

130260.00601/6659036v.1