Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy··
Garth S. Wolfson·

Jorge A. Rodriguez·-

Of Counsel
Stephen J. Murray

·Also admitted in NJ
+Also admitted in CT
* Also admitted in PA

## MAHONEY & KEANE, LLP
*Attorneys at Law*
*11 Hanover Square - 10th Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252



RECEIVED
AUG -8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

August 8, 2008

**THIS FACSIMILE TRANSMISSION**
**CONSISTS OF TWO (2) PAGS**

THE HON. ROBERT P. PATTERSON
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2550
New York, New York  10007
Fax: (212) 805-7917

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

# MEMO ENDORSED

Re:  SDNY No. 08 Civ. 5009 (RPP)
     DOPMAR S.R.L. v.
     BASIC COMMODITIES B.V.
     BR Ref. No. 130260-00601
     M&K File No. 12/3590

Honorable Sir:

   We represent the plaintiff in the above-referenced action. A moment ago we received defendant's reply papers, including additional evidentiary materials and previously unasserted arguments, as well as the letter from defendant's counsel requesting oral argument on or before August 14, 2008.

   While, as a matter of law, we do not feel that the reply papers raise any issue which might require oral argument, we would need an opportunity to confer with counterparts in London, as well as Turkey, in order to be in a position to properly address the new factual allegations. We do not feel that four days is a fair amount of time to do so at this time of year. Moreover, plaintiff submitted its opposing papers a week early, so an argument date before August 15, 2008 can not be said to have even been in the contemplation of the defendant at the time the motion was brought.

**MAHONEY and KEANE**

The undersigned will be on vacation the week of August 25, 2008. We request that any argument not be scheduled before September 2, 2008.

We thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE LLP

By: _____
Garth S. Wolfson

cc: BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174
Fax: (917) 332-3720
Attention: Jeremy J.O. Harwood, Esq.

**SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED**

*[Handwritten endorsement:]* Application granted. Movant's original papers did not include facts alleged in Ex. 3 to Akyol Declaration dated April 19, 2008. Accordingly, plaintiff shall have until 9/2/08 to respond and argument will be held 9/4/08 at 9:30 AM. So ordered. Robert P. Patterson USDJ 8/9/08.

TOTAL P.02

Case:      Dopmar S.R.L. v. Basic Commodities B.V.
Index No.  08 Civ. 5009 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Movant's original papers did not include facts alleged in Ex. 3 to Akyol Declaration dated April 22, 2008. Accordingly, Plaintiff shall have until 9/2/08 to respond, and argument will be held 9/4/08 at 9:30 a.m.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 8/9/08*